**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHEELEY ANDREW HUNTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:19-cv-25-TFM-B** |
| | ) | |
| **WARDEN GUY NOE,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**<u>MEMORANDUM OPINION AND ORDER</u>**

On January 26, 2022, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought pursuant to 28 U.S.C. § 2254 be denied.  *See* Doc. 16.  No objections were filed.  Therefore, the Report and Recommendation is ripe for review.

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED with prejudice**.  The Court also finds that Hunter is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 3rd day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE