**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHEELEY ANDREW HUNTER,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIV. ACT. NO. 1:19-cv-25-TFM-B** |
| | **)** | |
| **WARDEN GUY NOE,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice**.

Further, the Court determines that Petitioner is not entitled to a certificate of appealability and,

therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE